IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL T. COLLINS                                                                                    PETITIONER
ADC #085371

v.                                              NO. 5:07CV00117 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                        RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is hereby denied without prejudice. Petitioner's motion for stay (docket entry #8) is also denied. Respondent's motion to dismiss (docket entry #5) is granted, dismissing this action in its entirety without prejudice to Petitioner's refiling after fully exhausting his remedies in state court. Judgment shall be entered accordingly.

IT IS SO ORDERED this 5th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE